IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )       2:25cr111-MHT
                              )           (WO)
LOVORIS DEON JACKSON          )
```

OPINION AND ORDER

Defendant Lovoris Deon Jackson moved to suppress evidence found during a search incident to a conceded valid traffic stop.  This case is before the court on the recommendation of the United States Magistrate Judge that Jackson's motion to suppress be denied.  Also before the court are Jackson's objections to the recommendation. Upon an independent and de novo review of the record, including reviewing a transcript of the proceedings before the magistrate judge and all exhibits, the court concludes that the objections should be overruled and the recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) The objections (Doc. 48) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. 47) is adopted.

(3)  The motion to suppress (Doc. 33) is denied.

DONE, this the 1st day of October, 2025.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE